**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:73-cv-200-LDG |
| ) | |
| Plaintiff, ) | IN EQUITY D-183-LDG |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ALPINE LAND & RESERVOIR ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| Re: Nevada State Engineer Ruling #5506 ) | |
| _____) | |

The court has considered the Unopposed Motion of the United States to Consolidate Appeal of Nevada State Engineer Ruling #5506 with Appeal of Nevada State Engineer Ruling #5848. Good cause having been shown, the Clerk of the Court is directed to consolidate Case No. 3:73-cv-205 with Case No. 3:73-cv-200 for further proceedings.

Petitioner City of Fallon, and Respondents Nevada State Engineer and United States shall have 30 days from the date of entry of this Order to submit a proposed schedule for filing individual supplemental briefs addressing any issues particular to Ruling #5848 and any supplemental matters to briefs already on file in Case No. 3:73-cv-200. There shall be no responses or replies.

IT IS SO ORDERED.

Dated: 24 Sept 2009

LLOYD D. GEORGE
SENIOR UNITED STATES DISTRICT JUDGE